United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Isola Condominium Association, Inc., Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 21-23114-Civ-Scola ) |
| Rockhill Insurance Company, Defendant. | ) ) ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Jonathan Goodman, for a report and recommendations on the Plaintiff's motion to strike the Defendants' affirmative defenses (ECF No. 12). Thereafter, Judge Goodman issued a report, recommending that the Court deny the motion in its entirety. (Report of Magistrate, ECF No. 23.) Neither party has filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court therefore **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 23**). The Court thus **denies** the Plaintiff's motion (**ECF No. 12**) and, in doing so, (1) treats the Defendant's first and fifteenth affirmative defenses as denials; and (2) deems the Defendant's remaining defenses legitimate affirmative defenses.

**Done and ordered**, at Miami, Florida, on December 21, 2021.

_____
Robert N. Scola, Jr.
United States District Judge